UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: Magdalena Noreen Duran,
aka Lena N. Duran, xxx-xx-4636

Debtor.                                              No. _____

## SIGNATURE PAGE: DECLARATION BY DEBTOR

Check **all that apply**:

☑ **Petition:** I declare under penalty of perjury that the information provided in the petition is true and correct.

☑ **Summary of Schedules with Statistical Summary of Certain Liabilities (Form B6):** I declare under penalty of perjury that I have read the Summary of Schedules including Statistical Summary of Certain Liabilities (Form B6) and that they are true and correct to the best of my knowledge and belief.

☑ **Schedules (Form B 6A - B 6J):** I declare under penalty of perjury that I have read the Schedules and that they are true and correct to the best of my knowledge and belief.

☑ **Statement of Financial Affairs:** I declare under penalty of perjury that I have read the answers contained in the statement of financial affairs and any attachments thereto, and that they are true and correct.

☑ **Statement of Intention (Official Form 8):** I declare under penalty of perjury that the Statement of Intention indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

☑ **Statement of Current Monthly Income and Means Test Calculation - Ch 7 Only (Form B 22 A), or Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income – Ch 13 Only (Form B 22C), or Chapter 11 Statement of Current Monthly Income - Ch 11 Individual Debtor (Form B22B):** I declare under penalty of perjury that the information provided in the statement is true and correct.

**My attorney has assured me that he or she understands that failure to file an electronic version of this declaration which shows my signature[1] at the same time the petition is filed may result in no case having been commenced and the electronic file will be closed. Unless otherwise ordered by the Court, any filing fee paid will not be refunded.**

I request relief in accordance with the chapter of title 11, United States Code, specified in the petition.

---

[1] New Mexico Local Rules on Signatures: NM LBR 5005-4.2 & 4.3, NM LBR 9011-4

Page 1 of 2                                                                 NM LF 902

Check box if appropriate:

☑ *[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]* I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and <u>choose to proceed under chapter 7</u>.

*Magdalene Duna*    6-11-14
Magdalena Noreen Duran    Date                 Date

☐ *[If petitioner is <u>not</u> an individual]* I declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

_____      _____
Signature of authorized individual         Printed name of authorized individual

_____      _____
Title of authorized individual             Date