# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1084−1 | User: frances | Date Created: 6/20/2014 |
| Case: 14−11904−j7 | Form ID: b9a | Total: 40 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Magdalena Noreen Duran | 5416 La Colonia Dr. NW | Albuquerque, NM 87120 |
| ust | United States Trustee | PO Box 608 | Albuquerque, NM 87103−0608 |
| tr | Edward Alexander Mazel | Askew & Mazel, LLC  320 Gold Ave. S.W.  Suite 300A  Albuquerque, NM 87102 | |
| aty | William F. Davis | 6709 Academy NE, Suite A | Albuquerque, NM 87109 |
| 3356275 | AFFILION MOUNTAIN VIEW REGIONAL  MEDICAL CENTER  4311 E. LOHMAN AVE.  LAS CRUCES, NM 88001 | | |
| 3356276 | ALBUQUERQUE AMBULANCE  P.O. BOX 27822  ALBUQUERQUE, NM 87125−7822 | | |
| 3356277 | ALBUQUERQUE BERNALILLO COUNTY  WATER UTILITY AUTHORITY  1 CIVIC PLAZA  ALBUQUERQUE, NM 87102 | | |
| 3356278 | ALBUQUERQUE COLLECTIONS  5310 HOMESTEAD RD NE, BLDG 1B  ALBUQUERQUE, NM 87110 | | |
| 3356279 | ALBUQUERQUE ER PHYSICIANS  300 SOUTH PARK RD., STE 400  HOLLYWOOD, FL 33021 | | |
| 3356280 | ALBUQUERQUE HEALTH PARTNERS  P.O. BOX 27829  ALBUQUERQUE, NM 87125 | | |
| 3356281 | ALBUQUERQUE NEW MEXICO PHYSICIANS  P.O. BOX 975213  DALLAS, NM 753975213 | | |
| 3356282 | ANESTHESIA ASSOC. OF NEW MEXICO PC  1720 LOUISIANA BLVD. NE  METROCENTRE SUITE 401  ALBUQUERQUE, NM 87110 | | |
| 3356283 | BENEFICIAL/HFC  PO BOX 9068  BRANDON, FL 33509 | | |
| 3356284 | CITY OF ALBUQUERQUE  1 CIVIC PLAZA  ALBUQUERQUE, NM 87102 | | |
| 3356285 | CMRE FINANCIAL SVCS IN  3075 E IMPERIAL HWY STE  BREA, CA 92821 | | |
| 3356286 | COLLECTION SERVICE BUR  PO BOX 310  SCOTTSDALE, AZ 85252 | | |
| 3356287 | COMCAST CABLE COMMUNICATIONS  1701 JOHN F KENNEDY BLVD  PHILADELPHIA, PA 19103 | | |
| 3356288 | ENHANCED RECOVERY COMPANY  P.O. BOX 57547  JACKSONVILLE, FL 32241 | | |
| 3356289 | FINANCIAL CORP AMERICA  12515 RESEARCH BLVD S−100  AUSTIN, TX 78759 | | |
| 3356290 | HEALTHCARE COLL INC  2224 W NORTHERN AVE STE  PHOENIX, AZ 85021 | | |
| 3356291 | HSBC BANK  PO BOX 9  BUFFALO, NY 14240 | | |
| 3356292 | LOVELACE WESTSIDE HOSPITAL  10501 GOLF COURSE RD NW  ALBUQUERQUE, NM 87114 | | |
| 3356293 | LOVELACE WOMENS HOSPITAL  4701 MONTGOMERY BLVD NE  ALBUQUERQUE, NM 87109 | | |
| 3356294 | M. Thomas Malovoz, DDS  3900 Eubank NE, Ste 19  Albuquerque, NM 87111 | | |
| 3356295 | MED DATA SYSTEMS  2150 15TH AVE  VERO BEACH, FL 32960 | | |
| 3356296 | MEDICAL DATA SYSTEMS I  1374 S BABCOCK ST  MELBOURNE, FL 32901 | | |
| 3356297 | MIDLAND FUNDING  8875 AERO DR STE 200  SAN DIEGO, CA 92123 | | |
| 3356298 | NCO FIN/35  PO BOX 41726  PHILADELPHIA, PA 19101 | | |
| 3356299 | NEW MEXICO EDUCATORS FCU  P.O. BOX 5830  ALBUQUERQUE, NM 87198 | | |
| 3356300 | NEW MEXICO TAXATION & REVENUE DEPT.  PO BOX 8575  ALBUQUERQUE, NM 87198−8575 | | |
| 3356301 | PATIENT ACCOUNT SERVICE  5100 W COPANS RD STE 500  MARGATE, FL 33063 | | |
| 3356302 | PRESBYTERIAN HEALTHCARE SERVICES  1801 Randolph SE  Albuquerque, NM 87106 | | |
| 3356303 | PRESBYTERIAN HEALTHCARE SERVICES  1801 Randolph SE  Albuquerque, NM 87120 | | |
| 3356304 | ROBERT O. MOORE  P.O. BOX 91388  ALBUQUERQUE, NM 87199 | | |
| 3356305 | ROCKEFELLER'S CLEANING & RESTORATION  5514 COAL SE  ALBUQUERQUE, NM 87108−2911 | | |
| 3356306 | SUBURBAN MORTGAGE CO  3707 EUBANK BLVD NE  ALBUQUERQUE, NM 87111 | | |
| 3356307 | SUPERIOR AMBULANCE SERVICE  7600 LA MORADA NW  ALBUQUERQUE, NM 87120 | | |
| 3356308 | THE ADVANTAGE GROUP  PO BOX 93877  ALBUQUERQUE, NM 87199 | | |
| 3356309 | UNIVERSITY OF NEW MEXICO HOSPITAL  2211 LOMAS BLVD. NE  ALBUQUERQUE, NM 87106 | | |
| 3356310 | WAKEFIELD & ASSOC  10800 E BETHANY DR STE 4  AURORA, CO 80014 | | |

TOTAL: 40