UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:   Magdalena Noreen Duran, xxx-xx-4636,

Debtors.                                                                    No. 14-11904-j7

**CERTIFICATE OF SERVICE**

The undersigned, William F. Davis & Assoc., P.C. (William F. Davis, Esq.) hereby certifies that a copy of the following was submitted by DockLink to Edward Alexander Mazel, Chapter 7 Trustee, along with a copy of this Certificate on the 9th day of July, 2014:

(1)   Copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition, by the Debtors pursuant to 11 U.S.C. §521(a)(1). No payment advices submitted Debtor is not employed; and

(2)   Copy of the Debtor's 2012 Federal income tax return required under applicable law for the most recent tax year ending immediately before the commencement of the case and for which a Federal income tax return was filed pursuant to 11 U.S.C. §521(e)(2)(A). Debtor did not file a Tax Return for the year 2013 as Debtor was not employed in 2013.

**TIME AND DATE OF §341 MEETING:**   July 25, 2014 at 9:00 a.m.
Albuquerque, New Mexico

Respectfully submitted:
WILLIAM F. DAVIS & ASSOC., P.C.
/s/ Electronically filed 07/09/14
William F. Davis, Esq.
Attorneys for Debtors
6709 Academy NE, Suite A
Albuquerque, NM 87109
(505) 243-6129

I hereby certify that on July 9, 2014,
a true and correct copy of the foregoing
was either electronically transmitted,
faxed, delivered or mailed to:

Edward Alexander Mazel
320 Gold Ave. S.W., Suite 300 A
Albuquerque, NM 87103-0608
/s/ 07/09/2014
William F. Davis, Esq.
F:\Duran, Magdalene\Pleadings\CERT. OF PAYMENT ADVICES AND TAX RETURNS.rb