# Notice Recipients

District/Off: 1084–1    User: admin    Date Created: 09/29/2014
Case: 14–11904–j7    Form ID: fnldecre    Total: 1

**Recipients of Notice of Electronic Filing:**
tr    Edward Alexander Mazel    edmazeltrustee@askewmazelfirm.com

TOTAL: 1